AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| DOMINGO SANTANA-PEREZ, | ) Case No. 21-5037-SNOW |
| RICARDO ANTONIO RODRIGUEZ-DIAZ, | ) |
| RICARDO DAVID SALAZAR-MARCANO | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about **November 2, 2021**, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA S/A Alec Sanchez
*Printed name and title*

Telephonically sworn and subscribed before me.

Date: 11/29/21

*Judge's signature*

City and state: Miami, Florida

*Printed name and title*

## AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Domingo SANTANA-Perez, Ricardo Antonio RODRIGUEZ-Diaz, and Ricardo David SALAZAR-Marcano** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about November 2, 2021, a USS Sioux City Airborne Use of Force (AUF) Helicopter (HELO) located a go-fast vessel (GFV) approximately 116 nautical miles south of Isla Beta,

1

Dominican Republic in international waters and upon the high seas. The GFV had three individuals on board, no indicia of nationality, one outboard motor, and visible fuel barrels/packages on deck. The USS Sioux City, which was in the area with U.S. Law Enforcement Detachment (LEDET) 102 on board, was diverted to investigate. Once in the vicinity, the USS Sioux City AUF HELO employed several warning shots which were ineffective. Moments later, the GFV finally stopped dead in the water and a boarding team arrived on scene. Upon arrival at the scene of the GFV, the boarding team reported three persons on board who were later identified as **Domingo SANTANA-Perez, Ricardo Antonio RODRIGUEZ-Diaz, and Ricardo David SALAZAR-Marcano.** A master was identified, but did not wish to make a claim of nationality for the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

4. The boarding team located a total of twelve (12) bales and one small bag containing approximately three (3) kilograms of cocaine from the GFV with a total at sea weight of approximately 303 kilograms of suspected cocaine. Two field tests were conducted on the contraband which yielded positive result for cocaine. All three individuals, along with the suspected cocaine, were transferred to the USS Sioux City.

5. Based on the foregoing facts, I submit that probable cause exists to believe **Domingo SANTANA-Perez, Ricardo Antonio RODRIGUEZ-Diaz, and Ricardo David SALAZAR-Marcano** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant telephonically this 29 day of November, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-5037- SNOW

**UNITED STATES OF AMERICA**

vs.

**DOMINGO SANTANA-PEREZ,
RICARDO ANTONIO RODRIGUEZ-DIAZ, and
RICARDO DAVID SALAZAR-MARCANO,**

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  /s/ Kevin J. Larsen
KEVIN J. LARSEN
Assistant United States Attorney
Federal Bar No. A5501050
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9176
kevin.larsen2@usdoj.gov